IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANNA MELCHER**                                                                           **PLAINTIFF**

**v.**                         Case No. 4:17-cv-00616 KGB

**BLUESTEM BRANDS, INC.**
**d/b/a FINGERHUT**                                              **DEFENDANT**

### ORDER

Before the Court is a voluntary dismissal with prejudice filed by plaintiff Deanna Melcher and signed by counsel for all parties (Dkt. No. 13). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 13). The action is dismissed with prejudice, and each party will bear its own attorneys' fees and costs.

So ordered this 19th day of December 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge